FILED IN CLERK'S OFFICE
2023 NOV 17 PM 12: 17
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| Tyrone Hirt (See: Haines v. Kerner, 1972) 317 Kentucky Ave. S.E. #2, Wash. D.C. 20003 | Civil Action No. |
| Plaintiff and U.S. Constitution, (1608) (1775) (See: Haines v. Kerner, 1972) | |
| v. | |
| All State Legislatures, et al., within this nation | |
| Defendants, | |
| v. | |
| United States of America, | |

## Complaint

1. Jurisdiction to this Honorable Court is pursuant to Title 42, Section 1983, U.S.C., Title 28, Section 1330, U.S.C., Title 28, Section 1331 + 1332, U.S.C., Title 28, Section 1975, U.S.C.

2. I am a citizen to the D.C. and of the U.S.A.

3. The jurisdiction controversy exceeds $75,000.00 DOLLARS exclusive of interest and costs.

4. I demand a trial by a Jury on all the issues involved.

### Statement of the Facts of the Case
### Memorandum of Law

1. The Plaintiff respectfully states that for this Honorable (u.s. Fed. See: U.S. Constitution (1608) (1775) inasmuch, as, said State Legislatures as within this Nation, is, erroneous, as, not being-mentioned-in-the-U.S. Constitution, (1608) (1775), as, the House of Representatives and United States Senate, is, mentioned-in-the-U.S. Constitution, (1608) (1775) and is, therefore, said State Legislatures, as, from the past to the present-day, should be immediately, eliminated and abolished as soon as the administration of Justice, allows and permits.

### Motion to proceed in forma pauperis, pursuant to Title 28, Section 1915, U.S.C.

Comes now, Tyrone Hurt, the Plaintiff, and respectfully moves the Honorable, U.S. District Ct. for the First (1st) Cir., for leave to proceed in forma pauperis, pursuant to Title 28, Section 1915, U.S.C., for the following reasons:

1. The Plaintiff respectfully states that because of my

poverty, that I am unable to pre-pay the said costs or fees for the filing of the foregoing complaint, and that said Plaintiff to be allowed and permitted to proceed in forma pauperis, pursuant to Title 28, Section 1915, U.S.C.

## Memorandum of Law

1. See: U.S. Constitution, (1608-) (1775-);
See: Title 28, Section 1915, U.S.C.;
See: Black's Law Dictionary - (2009-);
See: The American Heritage College Dictionary;

## Relief

1. The Plaintiff seeks said affixing through the First (1st) Amendment Right to the U.S. Constitution, (1608-) (1775-) to this civil action complaint, asserting said immediate urgency, to its elimination and abolishment to all State Legislatures, within this Nation, as mentioned herein. The Plaintiff seeks one (1) million dollars in punitive and monetary damages against said Defendants.

## Affidavit to Poverty, pursuant to Title 28, Section 1915, U.S.C.

I, Tyrone Hart, the Plaintiff, do respectfully states that because of my poverty, that I am unable to

pre-pay the said costs in fees for the filing of the foregoing complaint, that I am unable to give security for the same, that I believe that I am entitled to the redress that I now seek.

## Certification of Service

I, Tyrone Hurt, the Plaintiff, who respectfully states that I have upon this 10th day of Oct., 23, have sent the foregoing Complaint, to the U.S. District Ct. for the First (1st) Cir., to make service upon the Atty. for the Defendants.

Respectfully Submitted,

Tyrone Hurt
(Plaintiff, Pro-se)
(Haines v. Kerner, 1972)